JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERABODY, INC., <br><br> Petitioner, <br><br> v. <br><br> DOMINION SOURCING, LLC,, <br><br> Respondent. | Case No. 2:23-cv-06985-SB-AS <br><br> FINAL JUDGMENT |

For the reasons stated in the separate order granting the petition to compel arbitration entered this date, it is ORDERED AND ADJUDGED that the petition is granted and the parties are directed to arbitration.

This is a final judgment.

Date: October 20, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge